Argued July 19, affirmed July 22, petition for review denied
October 5, 1971

## STATE OF OREGON, *Respondent, v.*
## BOB RAY MOORE, *Appellant.*
487 P2d 100

*John R. Teising,* Eugene, argued the cause and filed the brief for appellant.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION.